# IN THE SUPREME COURT OF THE STATE OF NEVADA

LEONARD MORGAN HAIRSTON,
     Appellant,
    vs.
THE STATE OF NEVADA,
     Respondent.

No. 80225

**FILED**

JAN 23 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
  DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order denying a "motion to execute, final judgment of dismissal." Eighth Judicial District Court, Clark County; Carolyn Ellsworth, Judge.

Because no statute or court rule permits an appeal from the aforementioned order, this court lacks jurisdiction to consider this appeal. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, this court

ORDERS this appeal DISMISSED.

              , J.
             Gibbons

_____, J.      _____, J.
Stiglich           Silver

cc: Hon. Carolyn Ellsworth, District Judge
   Leonard Morgan Hairston
   Attorney General/Carson City
   Clark County District Attorney
   Eighth District Court Clerk

20-03243